**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CEDRICK MARQUES HUDSON, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR-13-00126-JFW <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

   On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

   1. The court finds that no condition or combination of conditions will reasonably assure:

      A. ( ) the appearance of defendant as required; and/or

      B. (✓) the safety of any person or the community.

   2. The Court concludes:

      A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                                           Page 1 of 2

|   |   |
|---|---|
| 1 | other persons or the community.  Defendant poses a risk to the |
| 2 | safety of other persons or the community based on: |
| 3 | Conviction for gross vehicular manslaughter |
| 4 | while on supervision; (while intoxicated) |
| 5 | prior arrest for burglary while on supervision; |
| 6 | criminal record |

B. ( )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _____

IT IS ORDERED that defendant be detained.

DATED: June 25, 2025

/s/ Alicia G. Rosenberg
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                 Page 2 of 2